Argued April 24, affirmed April 24, petition for rehearing denied May 17, petition for review denied July 3, 1973

STATE OF OREGON, *Respondent, v.* EDDIE LEE THOMAS, Jʀ. (No. C 72-08-2703 Cr), *Appellant.*

508 P2d 818

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.